IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIPPI S. LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:14-CV-1056-WKW |
| | ) |
| UNITED STATES DEP'T OF | ) |
| JUSTICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Magistrate Judge's Report and Recommendation (Doc. # 6) to which Plaintiff has filed objections (Docs. # 7–9). Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

1.   Plaintiff's objections (Docs. # 7–9) are OVERRULED;

2.   The Recommendation (Doc. # 6) is ADOPTED; and

3.   Plaintiff's Complaint is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate final judgment will be entered separately.

DONE this 6th day of January, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE